Is this the Court I Need to file IN help me if you can. Thanks Alot

*[left margin, written vertically]* I was told that Some Inmants get aroune my Body keys lockys an my plate an money.

*[right margin, written vertically]* eyes an not open. I can not sleep on my head on my head hit on my head. I was rape hit. So I

**ATTACHMENT 5**
SOP IIB08-0001 (209.04)
04/30/15

**WITNESS STATEMENT**   5:16-CV-444

PLACE: Baldwin S/P
DATE: About 10-5-16
TIME: 2:00
FILE NUMBER:
LAST NAME, FIRST NAME, MIDDLE NAME: Goter, Jeffery Dale,
EMPLOYEE ID NUMBER:
STATE ID NO: 684922
INSTITUTION OR ADDRESS: Baldwin S/P Prisoner - Civil Rights 42 U.S.C. 1983

**SWORN STATEMENT**

I, Jeffery Goter, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: I like to of Die on 8-30-15

I Am Going to do A Motion for Appointment of Counsel. I Am level (3) mental Health with An (8th) grade Special Education Schooling. An I had A Surgery on my Brain. AN DR King had to Tack Some of my Brain out. I had A Craniotomy. AN D.R. AKUNWANNE Said I had ParKinson 2½ to 3½ yers yers. AN DR King AN DR AKunwanne Said I had Epilepsy AN Bipolor AN Old Timers. So I CAN Not think good. DR AKUNWANNE said 2½ or 3½ yaers Ago that I had ParKinson But he did not do no test to See. And I like to have Die on About 8-30-15. So L.T. Ducan tack me to medical to help me But DR. AKUNWANNE did Not help me if he had did ~~~~ test he would Seen ~~~~ that I had Epilepsy. I have had my Nervous System in my Brain 20,000 Nervous cut. I have Periods of memory loss or Confusin. Periods of Blank Staring. Unresponsiveness to Instructions. Weakness Double Vision AN Trouble Seeing Trouble Talking, Severe Headache, Dizziness. Well

EXHIBIT:
INITIALS OF PERSON MAKING STATEMENT:
PAGE 1 OF ___ PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

I Pray the Court will Help ME THANKS

If you have A Book that Will tell me what to do, Send one to me

ATTACHMENT 5
SOP IIB08-0001 (209.04)
04/30/15

**STATEMENT CONTINUED.** J.D.G. Thanks

2017 OCT 11 AM 9:33

I when to Oconee Regional Medical Center 821 North Cobb Street Milledgeville, GA 31061 or you can call 478-454-3505. I have A loss of feeling on one Side of my face An body. I have Muscler Jerking on All Part of my body. You can call my Sister Gail or Jay Eldridge Call 706-846-3783. Yes I had A Tumors on my Brain. I can not Think good or Spill good. Well I did A Grievance's, And A Appeal Nub 218930 on About 6-8-16 co-2 Mary Danzy Sent my Appeal off. All D.R's Say I Am Disable for Life Permanint Damages. I have Periods of memory loss. ▓▓▓▓ I was in ▓▓▓▓▓▓▓▓▓▓▓▓ A.S.M.P. An ▓▓▓ A.M.H. And when I get Back to Baldwin An they gave me Belong's Back I was missing some. I have Did About 15 Statemant's from the 4-1-16 to today About 10-5-16 Statemants So if you have A book **AFFIDAVIT** will help me ▓ Send one to me

I, Jeffery Geter, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 2. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

K-2-14 P.O. Box 218

(Signature of Person Making Statement) Jeffery Geter

**WITNESS**
Jeffery Geter 684922
Baldwin S/P
Hardwick, GA 31034
**INSTITUTION OR ADDRESS:**
Baldwin S/P
P.O. Box 218
Hardwick, GA 31034-0218
**INSTITUTION OR ADDRESS:**

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, 20____
at _____

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

(Authority To Administer Oaths)

**INITIALS OF PERSON MAKING STATEMENT** _____ PAGE ____ OF ____ PAGES

Will I need to do ▓▓▓▓▓ What the Court Court tell me

[Left margin: I umants put pills in bed an they rape me to wood log so some hit me that ...]

[Right margin: I was told I was hit in my coffee so I am in K2-14]