IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____Macon_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Jeffery Geter
684922

Baldwin S/P

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO:
5:16-CV-0444-LJA-CHW

VS.

co-2 Mary Danzy - DR
Akunwanne -
DR. King's - AN - All 3
Warden's AN Inmant's
Mike Hill -
(NAME OF EACH DEFENDANT)
AN Inmant Back's
Defendant(s)
AN John Doe - 4 of them

1. GENERAL INFORMATION

684922

1. Your full name and prison number __Jeffery Dale Geter__
2. Name and location of prison where you are now confined __Baldwin S/P__
3. Sentence you are now serving (how long?) __30 or 40__
   (a) What were you convicted of? __Rape AN Child Molestation__
   (b) Name and location of court which imposed sentence __Meriwether County__
   (c) When was sentence imposed? __1998__
   (d) Did you appeal your sentence and/or conviction? Yes ✓  No ☐
   (e) What was the result of your appeal? __Habeas Corpus had no transcript or evidentiary All was lost AN I was denied Civil Action relief on No: 01-CV-788W__

(f) Approximate date your sentence will be completed  2028 or 2038

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action? Yes ✓  No ☐

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:
Plaintiff(s): Jeffery Geter 684922
Defendant(s): John D. Rasnick an at Jeannie R. Grigger's
(b) Name of Court: Superior Court of Meriwether
(c) Docket Number: 2000-CV-0522  When did you file this lawsuit? Some time in 2001
(d) Name of judge assigned to case: ___
(e) Is this case still pending?  Yes ☐  No ✓
(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
I do not know may have been Dissmissed

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?  Yes ✓  No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:
Plaintiff(s): Jeffery D. Geter
Defendant(s): David Gibbs Tony Turpin
(b) Name of Court: Supreme Court and Habeshayr
(c) Docket Number: 2:04-CV-0153-WCM  When did you file this lawsuit? Oct 18-04
(d) Name of judge assigned to case: I do not know
(e) Is this case still pending?  Yes ☐  No ☐  I do not know
case/ My Lawer Stop working on it

Chief Judge William F. Lee JR

(f)  If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

My Lawer Stop Working on my Case So I do not know I Worte the Court But I have ON

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☐  I do Not Know

If your answer is Yes, state the name of the court and docket number as to each case:

_____   _____
_____   _____
_____   _____
_____   _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Baldwin S/P

   (a) Does this institution have a grievance procedure?   Yes ☒   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

       (1) Did you present your complaint(s) herein to the institution as a grievance?
           Yes ☐   No ☐

       (2) If Yes, what was the result? See Plaintiff Exhibit One. ~~scribbled out~~

       (3) If No, explain why not: _____
       _____
       _____
       _____
       _____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to. I Sent Statements to Warden's on 4-1-16, 4-6-16, 4-17-16, 4-27-16, 4-30-16 AN About 18 more

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ✓   No ☐

(1) If Yes, to whom did you appeal and what was the result? I Think to ATL

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit. Alto 1998 to 2005, Jackson 1998 to 1998, Washton 2006 to 2007, Costal 2007 to 2008, Valdoles 2008 to 2009, Baldwin I can not think good

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address. Baldwin S/P P.O. Box 218 Hardwick GA 31034  Jeffery Geter ID 684922

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY) I can not get no one to get them for me, Baldwin S/P, ATL Medical Hospital, DR King, DR Ahunwanne Co-2 Word, Mary Danzy Co-2

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

<u>WHERE</u> did the incident you are complaining about occur? That is, at what institution or institutions? Baldwin SP AN Oconee regioNal

<u>WHEN</u> do you allege this incident took place? BALdwiN

<u>WHAT</u> happened? See StatemANts Exhibit Two, And one AN A.S.M.P.

It was A long time that I did Not know what was going on I Need A Lawer

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Cat Fish Bull Dog mike Hill
Booth J-has 22 Camer's in
it So It will be oN Camer's
Jame Pearce

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I wont All my money for packages, Song, Book, And car, Home, All belonging And New Lock's And Reableat Treat-Men's An pain pill that will help Me. I Am Disabled For life And I Am Asking for $5 million relief.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 27 day of 12, 20 16.

Geffery Gete
684922
PLAINTIFF