Date 9-16-18                    Page 1 of 5

U.S. District Court Middle
District of Georgia (MACON)
Civil Docket for Case #
5:16-CV-00444-TES-CHW

Plaintiff
JEFFERY Dale GETER Pro-SE
-V-
Defendants.
DR. King
~~[redacted]~~
DR. AKuwanne
Mary Danzy. X-officer
ET. AL,

RECEIVED CLERK'S OFFICE 2018 SEP 24 AM 9:29 U.S. DISTRICT COURT MIDDLE DISTRICT OF GEORGIA MACON GEORGIA

Now Come's Plaintiff And
Pray's to This Court for A
Motion for Extension of Time
to File A Written Objection
to This Recommendation. To
days Date is 9-16-18. And
File A motion for Plaintiff
Can Show That DR. King
Show have Been Serve And

Date 9-16-18          Page 2 of 5

DR. King And DR. Akuwuwe should And if not will be serve. And Plaintiff prays to the court to let Plaintiff try one more time to saw that Plaintiff did or will do Exhaust Administrative remedies will be file to DR. King And DR. Akuwanne. So Plaintiff will saw He was Denied Administrative Remedie. By Miss Mary Danzy Officer Plaintiff No One would help Plaintiff on this. And Someone was Trying to get Plaintiff mail out of the prison mail Box And when Plaintiff trys to do his Law work Someone say I will Be kill And Someone will Put Gus on Plaintiff And Put Plaintiff on fire.

Date 9-16-18                    Page 3 of 5

Plaintiff ~~has~~ ~~been~~ has serious medical Medical Need's. Plaintiff is ~~real~~ bad sick. Plaintiff has had About 2 Surgery's on his Eye And 1 Surgery on his Brain And DR. King had to take Some of Plaintiff Brain out And Plaintiff had to have A Craniotomy And A Surgery on his Neck. Plaintiff has to go See Eye DR. every 90 Days And he may have to ~~have~~ get A Glass eye put in Plaintiff And He Can Not think Good And ~~has~~ his Severe headache's And Trouble Under Standing Other's And Plaintiff has A Loss of Balance A Sense of falling. he has Blackout's. Plaintiff did Affidavit on About 8-27-18 Date ~~to~~ ~~support~~ The Affidavit had About 8 (8) Pages in it. Plaintiff Prays to the Court to look at this Affidavit.

Date 9-16-18          Page 4 of 5

The Affidavit was did on About 8-27-18 and it had About 8-pages in it. Plaintiff is A Mental Health Level-3 Inmate And has been for Over 18 years. DR. King AN DR. Akunwanne Say Plaintiff is Disabled for life. Plaintiff has Epilepsy And Plaintiff has A lot of muscle Jerking. Plaintiff has A 8th Grade Special Education In Schooling. And Plaintiff has Sudden Stiffening of his Body. And Stuttered Speech, And Memory Loss AN Confusion. Plaintiff Ro-se Sending A Copy of Affidavit form that was Mail on Date 5-14-18 to the Court. Certificate of Service to the Court AN ON 9-16-18. I hereby Certify that I Mail Copy's to this Court by United State Postal Service.

Date 9-16-18          Page 5 of 5

This document to the following
Ronald J. Stay
Assistant Attorney General
Georgia Department of Law
40 Capital Square S.W.
Atlanta, GA 30334-1300

Plaintiff Jeffery Dale Geter Pro-SE
@ Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

ID# 684922
Room H2-11-B
D.O.B. 3-25-65

Plaintiff Pray's to the Court NOT to Dismiss this Civil Action. IF Plaintiff can he Pray's to the Court to send Copy's of Summon's And Copy's of the Complaint. Plaintiff has all But 3 pages of the Complaint.