IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JEFFERY GETER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:16-cv-444-TES-CHW |
| | : | |
| **DR. KING,** | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Plaintiff Jeffery Geter's motion for extension of time to object. (Doc. 81). Plaintiff's motion is **GRANTED**. Plaintiff's written objections are due by October 15, 2018. No further extensions will be granted absent exceptional circumstances.

**SO ORDERED**, this 4th day of October, 2018.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge