RECEIVED
CLERK'S OFFICE
2018 OCT -4 AM 9:33
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON GEORGIA

Date 9-30-18         Page 1 of 3

In The U.S. District Court Middle District of Georgia (Macon) Civil Case #5:16-CV-00444-TES-CHW.

Plaintiff, Pro-SE Jeffery Geter

-V-

DR. King.
DR. Aunwanny.
ET. AL.

Now Come's Plaintiff Jeffery Geter Pro-SE. Plaintiff is Bad Sick. And had A Craniotomy And Brain Surgery. Plaintiff Now Come's And Prays for Motion for Reconsider to And in Response to Defendant's Motion for Reconsideration An Motion for Dismiss Plaintiff Complaint. Officer Mary Danzy told Plaintiff that 6.19M3 is 6 Pound's AN 2oz And Plaintiff Ask For A Grievance. And Plaintiff Ask to See the Grievance Coordinator.

To Help PLAINTIFF do his Grievance. And Officer Mary Danzy said she is the Grievance Coordinator. PLAINTIFF Wrote the Law Library And Ask About The S.O.P. on Pain Medication And Treatment like PLAINTIFF should have But The Law Library did not gave PLAINTIFF No Paper's on The S.O.P.

PLAINTIFF is A Mental Helth -3- Inmate And has been for over-10- Year's. PLAINTIFF has A -8th- Grade Special Education In Schooling. PLAINTIFF do not think his case is really moot. PLAINTIFF thinks he has State Claim's upon which relief can be Granted. AN PLAINTIFF do not think this Case is frivolous or malicious or.

Seek's Money Damages From A Defendant who is immune from Money damages. Officer Mary Danzy Lied About my Packages. 16.1973 is Not 6 Pounds. An 2 oz. Plaintiff was Denied Administrative Remedies of the Grievance. Plaintiff Pray's to the Court Not to Dismiss his Civil Case. Plaintiff was Denied the Due Process of the Grievance. And Denied Administrative Remedies.

Plaintiff Pray's for All Papers to do A Appeal if Plaintiff Need's to do one. And I Pray for A Docket Text on my Case.

Jeffery Geter Room K2-11-B
Plaintiff Baldwin State Prison
P.O. Box 218
Hardwick, GA. 31034-0218

Serve: Ronald J. Stay
Georgia Assistant Attorney General, Georgia Department of Law 40 Capitol Square, S.W. Atl, GA 30334-1300.