Date 9-30-18                    Page 1 of 4

U.S. District Court Middle
District of Georgia (MACON)
Civil Action Nub# 5:16-CV-00444-
LJA-CHW.

Plaintiff Ro SE
JEFFERY Geter
-V-
Defendant's
DR. King
D.B. AKUNWANNE
ET. AL

To The above-NAmes Defendant's
you are hereby Summoned
And requirde to Serve upon
PlAintiff, ~~whos~~ whose
Address is. JEFFERY GETER
ID# 684922 Baldwin State
Prison P.O. Box 218, Hardwick,
GA 31034-0218. Room K2-11-B.

Date 9-30-18                    Page 2 of 4

And Answer to ~~complaint~~ the Complaint which is herewith served upon you, within 20 days After service of this Summons upon you, exclusive of the day After service of this Summons upon you, ~~20 days~~ Exclusive of the day of service, ~~or~~ or 60 days if the U.S. Government or officer - Agent thereof is A defendant. If you fail to do so, Judgment by default will be taken Against you for the relief Hamanded in the Complaint.
Address of defendant's!.

DR. King - Atlanta Medeal Center Floor 3 or 4.

Date 9-30-18                    Page 3 of 4

Q. DR. AKUNWANNE: Address Baldwin State Prison. P.O. Box 218 Hardwick, GA 31034-0218.

I was told that Baldwin S/P did not know how DR. King is and said that no one in that name work for Baldwin State Prison. I was told that that is why DR. King was not serve. But that was a lie DR. King do work for Baldwin S/P so DR. King has did work for Baldwin S/P some times. And Baldwin S/P know's how DR. King is.

Certificate of Service Plaintiff understand that a false statement in this motion for summoned will be perjury.

Date 9-30-18                Page 4 of 4

Plaintiff Pray's to the Clerk of Court to do ~~make~~ All Copy's of the Complaint that the Court may need. Plaintiff has his Complaint But it is About-3. Page that I do Not have. Plaintiff Think's it may Be 50¢ A Page. So Plaintiff Pray's to the Clerk to get All Copy's of Plaintiff Complaint. Plaintiff Pray's for All Defendants Be Liabel for Relief Pray for in This Civil Case.

If the Clerk CAN ~~~~ Not get the Copy's he Need Plaintiff Pray the Clerk let ~~~~ Plaintiff Know with to do

Date for the Clerk.

Date 9-30-18                                     Page 1 of 4

U.S. District Court Middle
District of Georgia (MACON)
Civil Action Numb# 5:16-CV-00444-
LJA-CHW.

Plaintiff Pro SE
JEFFERY Geter
-V-
Defendant's
D.R. King
D.R. AKINWUANNE
ET, AL

To The above - NAmes Defendant's
you are hereby Summoned
And requirde to Serve upon
Plaintiff, ~~whose~~ whose
Address is. JEFFERY GETER
ID# 684922 Baldwin State
Prison P.O. Box 218, Hardwick,
GA 31034-0218. Room K2-11-B.

RECEIVED CLERK'S OFFICE 2018 OCT -4 AM 9:33 U.S. DISTRICT COURT MIDDLE DIST. OF GEORGIA MACON GEORGIA

Date 9-30-18          Page 2 of 4

And Answer to ~~the~~ the Complaint which is herewith served upon you, within 20 days After service of this summons upon you, exclusive of the day After service of this summons upon you, ~~~~ Exclusive of ~~~~ the day of service, ~~~~ or 60 days if the U.S. Government or officer - agent thereof is A defendant. If you fail to do so, Judgment by default will be taken Against you for the relief demanded in the Complaint. Address of defendant's:

DR. King - Atlanta Medcal Center Floor 3 or 4.

@ DR. AKUNWANNE: Address Baldwin State Prison. P.O. Box 218 Hardwick, GA 31034-0218.

I was told that Baldwin S/P did not know how DR. King is and siad, that no one in that name work for Baldwin State Prison. I was told that, that is way D.R. King was not serve. But that was a lie DR. King do work for Baldwin S/P. So DR. King has did work for Baldwin S/P Some time's. And Baldwin S/P know's how DR. King is.

Certificate of Service Plaintiff understand that a false statement in his motion for summoned will be perjury.

Date 9-30-18                    Page 4 of 4

Plaintiff Pray's to the Clerk of Court to do ~~[scribbled]~~ All Copy's of the Complaint that the Court may need. Plaintiff has his Complaint But it is About 3 page that I do not have. Plaintiff think's it may Be 50¢ A page. So Plaintiff Pray's to the Clerk to get All Copy's of Plaintiff Complaint. Plaintiff Pray's for All Defendants Be Liabel for Relief Pray for in this Civil Case.

If the Clerk Can Not get the Copy's he Need Plaintiff Pray the Clerk let Plaintiff know with to do

Date for the Clerk.