IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFERY GETER, | * |
| Plaintiff, | * |
| v. | Case No.  5:16-cv-00444-TES-CHW |
| | * |
| BALDWIN STATE PRISON, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated October 18, 2018, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of October, 2018.

                                                         David W. Bunt, Clerk

                                                         s/ Vanessa Siaca, Deputy Clerk