UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFERY GETER,<br><br>    Plaintiff,<br><br>v.<br><br>BALDWIN STATE PRISON, et al.,<br><br>    Defendants. | Case No. 5:16-cv-444-TES-CHW |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jeffery Geter in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order (ECF No. 77), entered in this action on August 16, 2018, and from the Final Judgment (ECF No. 88), entered in this action on October 19, 2018.

Respectfully submitted this 16th day of November, 2018,

                                            /s/ *Sean J. Young*
                                          Sean J. Young *
                                          GA Bar No. 790399
                                          American Civil Liberties Union Foundation of Georgia
                                          PO Box 77208
                                          Atlanta, GA 33057
                                          770-303-8111

*Representation limited to proceedings before the Eleventh Circuit Court of Appeals.

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Georgia, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

/s/ *Sean J. Young*
Sean J. Young