IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JEFFERY GETER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:16-cv-444-TES-CHW |
| | : | |
| DR AKUNWANNE, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Before the Court are three motions. In one motion, Defendant Akunwanne seeks an extension of the discovery period to answer Plaintiff's recently filed discovery requests, and to take Plaintiff's deposition. For good cause shown, the Defendant's motion (Doc. 127) is **GRANTED**. Discovery should be completed by November 18, 2021. Dispositive motions are due by December 20, 2021.

Also before the Court are two motions from Plaintiff Jeffery Geter. In one motion, Geter requests the appointment of counsel. (Doc. 122). As explained in a prior order (Doc. 115, pp. 1-2), this Court labored for months to secure *pro bono* counsel for Plaintiff, but the Court's efforts were frustrated, at least in part, by Plaintiff's lack of cooperation with counsel. Additionally, the Court has only limited authority to press attorneys into *pro bono* service. *See Mallard v. U.S. District Court, South. Dist. Iowa*, 490 U.S. 296 (1989). For these reasons, Geter's present motion for appointment of counsel is **DENIED**.

In another motion, Plaintiff again asks this Court for discovery assistance. (Doc. 124). This motion is **DENIED** for reasons already explained: Plaintiff must conduct discovery on his own

1

behalf, and notwithstanding his *in forma pauperis* status, Plaintiff must bear the costs of his discovery in this action. *See* (Doc. 121, p. 1).

**SO ORDERED**, this 5th day of October, 2021.

                                                s/ Charles H. Weigle
                                                Charles H. Weigle
                                                United States Magistrate Judge