IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFERY GETER,<br><br> *Plaintiff*,<br><br>v.<br><br>DR. IKE AKUNWANNE,<br><br> *Defendant*. | CIVIL ACTION NO.<br>5:16-cv-00444-TES-CHW |

### ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Neither party filed an objection to the United States Magistrate Judge's Report and Recommendation [Doc. 147], and the time period prescribed by 28 U.S.C. § 636(b)(1) has expired. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(d). Having reviewed the Recommendation for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Defendant's Motion to Dismiss [Doc. 145] Plaintiff's Complaint for failing to comply with discovery requests is **DENIED**.

 **SO ORDERED**, this 6th day of January, 2022.

               S/ Tilman E. Self, III
               **TILMAN E. SELF, III, JUDGE**
               **UNITED STATES DISTRICT COURT**